U.S. Dist. Ct.
Arizona Dist.
Tucson Div.

FILED ___ LODGED ___
RECEIVED ___ COPY ___

OCT 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1 of 2

Martin Jonassen Et al
              V.                                        2241 / 4:17 cv 284
Warden J.T. Shartle Et al

Move For Release On Time Served / Renewal OF [9-18] 2017 Signed Filing /
(OVER 6 YEARS NOW)
/ Counsel / Entire Records For Cases 9th Cir. 14-16377, (Be Forwarded To)
Tucson District Court 4:13 cv 792, And 4:17 cv 284 (Indigent Movant)

1. Hereby adopt by Reference (Per 4 corners Rule, In Pari Materia) "ALL" Filings By Indigent Movant in 9th Cir. Case 14-16377, And This Court 4:13 cv 792, And 4:17 cv 284, and restate same Herein as if Fully set out.

2. Whereas "ALL" the above Record Unequivocably PROVES any further Detention Violates the Constitution, Etc. Hereby move For Release on Time Served, Sentence Commuted, Etc. (OVER 6 Years NOW)!

3. Whereas Indigent movant was Forced to transfer, and Now that all of his Legal Work Product / Filings, Etc. have been "Lost in Transfer" I.E. to properly continue this case mandates that all the Entire Records, Filings, Etc. For the above 3 cases be sent to indigent movant. Hereby move For the same. As it is impossible For Indigent movant to proceed without the Entire Records For the above 3 named Cases.

4. And whereas Actual Legal Innocence Has Repeatedly been PROVEN in this case(s), and whereas any further Detention Has been PROVEN to Be in Violation of the Constitution, Etc.

5. Move For Release On Time Served / Renewal OF [9-18] 2017 Filing / Counsel / Entire Records For The Above 3 Cases Forwarded To INDIGENT movant.

Therefore Respectfully Move For The Relief Requested
On this [19th day of Sept.] 2017   _____
        In propria persona  Martin Jonassen Unrepresented Over
                                                      Objection